UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS GARDNER,

          Plaintiff,

   v.

J. JOHANIGEN,

          Defendant.

Case No. 13-cv-03193-WHO (PR)

**ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL**

Plaintiff Gardner moves for the appointment of counsel (Docket No. 61). The decision to request counsel to represent an indigent litigant under 28 U.S.C. § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). A finding of "exceptional circumstances" requires an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues involved. *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004). Neither the need for discovery, nor the fact that the pro se litigant would be better served with the assistance of counsel, necessarily qualify the issues involved as complex. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997). Gardner has not shown that exceptional circumstances exist. Accordingly, his motion is DENIED.

The Clerk shall terminate Docket No. 61.

**IT IS SO ORDERED.**

**Dated:** October 31, 2014

WILLIAM H. ORRICK
United States District Judge